150 A.3d 403

WARD SAND AND MATERIALS COMPANY, PLAINTIFF–PETI-
TIONER, v. THE TRANSAMERICA INSURANCE COMPANY,
AMERICAN CASUALTY COMPANY OF READING, PA, CONTI-
NENTAL CASUALTY COMPANY, WESTCHESTER FIRE IN-
SURANCE COMPANY, FIRST STATE INSURANCE COMPANY,
PENN AMERICA INSURANCE COMPANY, AMERICAN EM-
PIRE SURPLUS LINES INSURANCE COMPANY F/K/A GREAT
AMERICAN SURPLUS LINES INSURANCE COMPANY, AND
FIREMAN'S FUND INSURANCE COMPANY, DEFENDANTS–
RESPONDENTS, AND EMPLOYERS MUTUAL INSURANCE
COMPANY, ET AL., DEFENDANTS.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001479–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.